UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR BLANK,<br><br>   Petitioner,<br><br>   v.<br><br>EDMUND G. BROWN, JR.,<br><br>   Respondent. | No.  2:13-cv-0217 TLN CKD P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 8, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed August 8, 2013, are adopted in full;

   2. Respondent's June 4, 2013 motion to dismiss (ECF NO. 12) is granted;

1

3. Claims 1, 3 and 4 in petitioner's petition for writ of habeas corpus are dismissed; and

4. Respondent shall file an answer with respect to petitioner's claim number 2 within 30 days.

Dated: September 25, 2013

Troy L. Nunley
United States District Judge

blan0217.801